| | |
|---|---|
| 1 | PHILIP A. SCHNAYERSON, Bar # 41825 |
| 2 | GARCIA, SCHNAYERSON & THOMPSON<br>ATTORNEYS AT LAW |
| 3 | 225 West Winton<br>Suite 208 |
| 4 | Hayward, California 94544 |
| | (510) 887-7445 |
| 5 | |
| 6 | Attorney for Defendant<br>LEONICIO GONZALEZ-BARRAGAN |

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA, ) | |
| ) | CASE NO. CR-13-00068 WHA |
| Plaintiffs, ) | |
| ) | STIPULATION AND (PROPOSED |
| ) | ORDER) CONTINUING SENTENCING |
| vs. ) | HEARING |
| ) | |
| LEONICIO GONZALEZ-BARRAGAN, ) | |
| ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

LEONICIO GONZALEZ-BARRAGAN, by and through his counsel, Philip A. Schnayerson, and the United States Government, by and through its counsel Aaron D. Wegner, Assistant United States Attorney, hereby agree that the Sentencing hearing set for June 18, 2013, be re-scheduled for July 30, 2013, at 2:00 p.m.

At the request of the defense, the parties have reached an agreement to change the date of sentencing to allow additional time for the prior criminal convictions to be confirmed.

SO STIPULATED:

DATED: June 14, 2013

/S/
PHILIP A. SCHNAYERSON
Attorney for Defendant

DATED: June 14, 2013

/S/
AARON D. WEGNER
Assistant United States Attorney

## (PROPOSED) ORDER

Based on the representations and stipulation of counsel, **IT IS HEREBY ORDERED THAT :**

1. The sentencing date of June 18, 2013 at 2:00 p.m. is vacated;
2. The sentencing date is set for July 9 ~~30~~, 2013 at 2:00 p.m.

DATED: June 17, 2013.

HON. WILLIAM ALSUP
United States District Judge